| AC-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** | **Report Required by the Ethics in Government Act of 1978** |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Daugherty, Frederick A | 2. Court or Organization WD, Ed & ND of Oklahoma | 3. Date of Report 5/3/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ FInal | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address None | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust |
| 2. | Member of Board (Non-voting) | 45th Infantry Division Museum |
| 3. | Trustee | Trust #1 |
| 4. | | |

2005 MAY -9 A 10: 06 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCKS: | | | | | | | | | |
| 2. Southern Co. | C | Dividend | L | T | | | | | |
| 3. Rockwell Inter.(See Explanation) | | | | | | | | | |
| 4. Trinity Industries | C | Dividend | M | T | | | | | |
| 5. Honeywell | C | Dividend | M | T | | | | | |
| 6. Amer. Electric Power | C | Dividend | K | T | | | | | |
| 7. Boeing | C | Dividend | M | T | | | | | |
| 8. ArvMerit | E | Dividend | M | T | | | | | |
| 9. Fgoldn | | None | J | T | | | | | |
| 10. Conexant | | None | M | T | | | | | |
| 11. Great Plains Energy | B | Dividend | K | T | | | | | |
| 12. MUNICIPAL BONDS: | | | | | | | | | |
| 13. Salomon Smith Barney-See attached 14-A | G | Interest | P1 | T | | | | | |
| 14. Merrill Lynch-See attached 15A | E | Interest | N | T | | | | | |
| 15. Salomon Smith Barney-See attached 16A | G | Interest | P1 | T | | | | | |
| 16. Merrill Lynch-See attached 17A | F | Interest | P1 | T | | | | | |
| 17. Bank of Oklahoma-GRDA | B | Interest | K | T | | | | | |
| 18. Bank One - Tulsa Pub. FAC Auth. | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ● Calamos High Inc. Fd. | D | Interest | O | T | | | | | |
| 20. ● Nuveen Inst. | E | Interest | N | T | | | | | |
| 21. ● Calamos CV & High Inc. Fd. | E | Interest | N | T | | | | | |
| 22. ● Nuveen Inst. | E | Interest | N | T | | | | | |
| 23. BANKS: | | | | | | | | | |
| 24. Bank of Oklahoma | B | Interest | M | T | | | | | |
| 25. Bank of Oklahoma | B | Interest | M | T | | | | | |
| 26. Allegiance Credit Union | A | Interest | K | T | | | | | |
| 27. Allegiance Credit Union | B | Interest | L | T | | | | | |
| 28. MidFirst Bank, OKC | B | Interest | M | T | | | | | |
| 29. IBC. Bank - OKC | A | Interest | K | T | | | | | Name Change during 2004 |
| 30. Union Bank - OKC - Acct. #1 | A | Interest | K | T | | | | | |
| 31. Union Banbk - OKC - Acct. #2 | A | Interest | J | T | | | | | |
| 32. Mass. Mutual Fund Shareholder Mass. Mutual Services Co. | C | Dividend | L | T | | | | | |
| 33. Mass. Mutual Life Ins. Co. Single Premium Life Ins. | A | Dividend | N | T | | | | | |
| 34. Salomon Smith Barney Money Fund Acct. | E | Dividend | N | T | | | | | |
| 35. Merrill Lynch Money Fund Acct. | A | Interest | K | T | | | | | |
| 36. Merrill Lynch Money Fund Acct. | B | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Salomon Smith Barney Money Fund Account | E | Dividend | P1 | T | | | | | |
| 38. Rockwell Collins | D | Dividend | P1 | T | | | | | |
| 39. Rockwell Automation Inc. | E | Dividend | P1 | T | | | | | |
| 40. REAL ESTATE: | | | | | | | | | |
| 41. Acres - Okla. City, OK | A | Rent | N | W | | | | | |
| 42. 1/2 interest in farm in McIntosh County, OK | | None | L | W | | | | | |
| 43. Acres in Cherokee County, OK | | None | L | W | | | | | |
| 44. 22% interest in tract in Oklahoma City, OK | | None | L | W | | | | | |
| 45. OIL & GAS MINERALS: | | | | | | | | | |
| 46. Net Acres - Carter County, OK | | None | J | W | | | | | |
| 47. Net Acres in Stephens County, OK | | None | J | W | | | | | |
| 48. Net Acres in Coal County, OK | | None | J | W | | | | | |
| 49. Net Acres in Cleveland County, OK | | None | J | W | | | | | |
| 50. Net Acres in Tulsa County, OK | | None | J | W | | | | | |
| 51. Net Acres in Pushmataha County, OK | | None | J | W | | | | | |
| 52. Producing Minerals-Okla. City, OK - Operator - Petrocorp. | E | Royalty | K | W | | | | | |
| 53. Producing Minerals-Cleveland County, OK - Operator-Conoco | A | Royalty | J | W | | | | | |
| 54. OTHER ASSETS: | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.  1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |
| 56.  1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |
| 57.  2 - Burial Crypts, Okla. City, OK | | None | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS:
  Item 3 - Rockwell International is now: Rockwell Automation, Inc. and Rockwell Collins
       See items 38 and 39

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_ May 3, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

DAUGHERTY, FREDERICK A.
Financial Disclosure Report
Part VII Investments and Trust
2004

Date of Report
May 3, 2005

Schedule 14A

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| 1. | Puerto Rico Pub Bldgs Auth Govt. | C | Interest | L | T | | | | | |
| 2. | Grand River Dam Auth. Okla. Rev | C | Interest | L | T | | | | | |
| 3. | 3 Puerto Rico Pub Bldgs Auth Rev | D | Interest | M | T | | | | | |
| 4. | 2 Grand River Dam Auth. Okla Rev | D | Interest | M | T | | | | | |
| 5. | Grand River Dam Auth. Okla Rev | A | Interest | J | T | | | | | |
| 6. | Puerto Rico Mun. Fin. Agency | B | Interest | L | T | Sold 7/1 L Broker | | | | |
| 7. | Oklahoma St Capital Impt Auth. | D | Interest | M | T | | | | | |
| 8. | Puerto Rico Comwlth Puerto Rico Comwlth Pub Impt FSA | B | Interest | K | T | | | | | |
| 9. | Oklahoma St Mun Pwr Auth. Pwr Sply Sys Rev Ser A | C | Interest | M | T | | | | | |
| 10. | Oklahoma Transn Auth. Okla Tpk | D | Interest | M | T | | | | | |
| 11. | Oklahoma Univ Brd Regts Pkg | B | Interest | L | T | | | | | |
| 12. | Oklahoma St Mun Pwr Auth. | B | Interest | K | T | | | | | |
| 13. | Oklahoma St Tpk Auth Rev | C | Interest | L | T | | | | | |
| 14. | 2 Oklahoma Mun Pwr Au Pwr Sply | D | Interest | M | T | | | | | |
| 15. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | Oklahoma Wtr Res Bd Revlg Fd | D | Interest | M | T | |
| 17. | Puerto Rico Elec Pwr Auth | C | Interest | M | T | |
| 18. | University P R Univ Sym Revs | D | Interest | M | T | |
| 19. | Sapulpa Okla. Mun Auth Util Rev | D | Interest | M | T | |
| 20. | 3 Oklahoma St Mun Pwr Auth Pwr | D | Interest | M | T | |
| 21. | Puerto Rico Comwlth Hwy & Transn | B | Interest | L | T | |
| 22. | McAlester Okla Pub Wks Auth | D | Interest | M | T | |
| 23. | Puerto Rico Comwlth Puerto | B | Interest | K | T | |
| 24. | Rural Enterprises Okla Inc | C | Interest | L | T | |
| 25. | Oklahoma Fin & Dv Au St. John | D | Interest | M | T | Buy 7/14 M Broker |
| 26. | Sapulpa Okla Mun Auth Cap Impt | C | Interest | M | T | |
| 27. | Puerto Rico Comwlth Hwy & Transn | C | Interest | M | T | Buy 6/10 M Broker |
| 28. | Oklahoma Clges Bd Rgnts Stad | C | Interest | M | T | Buy 6/3 M Broker |

**DAUGHERTY, FREDERICK A.**
**Financial Disclosure Report**
**Part VII Investments and Trust**
**2004**

**Date of Report**
**May 3, 2005**

Schedule 15A

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| 1. | Oklahoma Clg Brd Regts | D | Interest | M | T | | | | | |
| 2. | Oklahoma Trnsn At OK Tpk | D | Interest | M | T | | | | | |
| 3. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |
| 4. | Oklahoma St Tpk Auth Tpk | B | Interest | L | T | | | | | |
| 5. | University PR Univ. Revs | B | Interest | K | T | | | | | |
| 6. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |
| 7. | Puerto Rico Elec Pwr Ath | B | Interest | L | T | | | | | |

DAUGHERTY, FREDERICK A.
Financial Disclosure Report
Part VII Investments and Trust
2004

Date of Report
May 3, 2005

### Schedule 16A

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| 1. | Oklahoma Dev Fin Auth Rev Pub | B | Interest | K | T | | | | | |
| 2. | Grand River Dam Auth Oklahoma Rev | B | Interest | K | T | | | | | |
| 3. | 2 Puerto Rico Comwlth G/O Pub | D | Interest | M | T | | | | | |
| 4. | 3 Puerto Rico Pub Bldgs Auth Rev | D | Interest | M | T | | | | | |
| 5. | Grand River Dam Auth Okla Rev | B | Interest | K | T | | | | | |
| 6. | Grand River Dam Auth Okla Rev | A | Interest | J | T | | | | | |
| 7. | Puerto Rico Comwlth Pub | A | Interest | K | T | | | | | |
| 8. | Okla St Wtr Res Brd St Ln Prog | B | Interest | K | T | | | | | |
| 9. | Oklahoma Transn Auth Okla Tpk | D | Interest | N | T | | | | | |
| 10. | Oklahoma Univ Brd Regts Pkg | B | Interest | L | T | | | | | |
| 11. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |
| 12. | 2 Oklahoma St Tpk Auth Rev | C | Interest | L | T | | | | | |
| 13. | Puerto Rico Comwlth Hwy & Transn Auth | B | Interest | K | T | | | | | |
| 14. | Oklahoma Mun Pwr Au Pwr Sply | B | Interest | K | T | | | | | |
| 15. | 3 Oklahoma St Mun Pwr Auth | D | Interest | M | T | | | | | |

| 16. | Oklahoma Wtr Res Bd Revlg Fd | D | Interest | M | T | |
|---|---|---|---|---|---|---|
| 17. | Puerto Rico Elec Pwr Au Pwr Rv | B | Interest | L | T | |
| 18. | Sapulpa Okla Mun Auth Util Rev | D | Interest | M | T | |
| 19. | Puerto Rico Elec Pwr Auth | B | Interest | K | T | |
| 20. | 4 Oklahoma St Mun Pwr Auth Pwr | D | Interest | M | T | |
| 21. | Oklahoma St Tpk Auth Tpk Rev | B | Interest | K | T | |
| 22. | Oklahoma St Tpk Auth Tpk Rev | C | Interest | L | T | |
| 23. | 2 Puerto Rico Comwlth Hwy & Transn | C | Interest | L | T | |
| 24. | McAlester Okla Pub Wks Auth | D | Interest | M | T | |
| 25. | Puerto Rico Comwlth | A | Interest | J | T | |
| 26. | Rural Enterprises Okla Inc. | C | Interest | L | T | |
| 27. | Oklahoma Fin & Dv Au St John | D | Interest | M | T | Buy 7/14 M Broker |
| 28. | Sapulpa Okla Mun Auth Cap Impt | C | Interest | M | T | |
| 29. | Puerto Rico Comwlth Hwy & Transn | C | Interest | M | T | Buy 6/10 M Broker |
| 30. | Oklahoma Clges Bd Rgnts Stad | C | Interest | M | T | Buy 6/3 M Broker |

DAUGHERTY, FREDERICK A.
Financial Disclosure Report
Part VII Investments and Trust
2004

Date of Report
May 3, 2005

### Schedule 17A

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| 1. | Grand River Dam Auth OK | C | Interest | L | T | | | | | |
| 2. | Oklahoma Clg Brd Regts | D | Interest | M | T | | | | | |
| 3. | Oklahoma Trnsn At OK Tpk | D | Interest | M | T | | | | | |
| 4. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |
| 5. | Oklahoma St Tpk Auth Tpk | B | Interest | K | T | | | | | |
| 6. | Oklahoma St Tpk Auth Tpk | B | Interest | L | T | | | | | |
| 7. | University Ok Revs Resh | B | Interest | K | T | Buy 4/27 K Broker | | | | |
| 8. | University Okla Student | B | Interest | L | T | Buy 6/21 L Broker | | | | |
| 9. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |
| 10. | Oklahoma Cy Ok Wtr Utils | C | Interest | L | T | | | | | |
| 11. | Oklahoma Agric-Mechanicl | B | Interest | K | T | | | | | |
| 12. | Puerto Rick Pub Bldgs | C | Interest | L | T | | | | | |
| 13. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | Buy 10/13 K Broker | | | | |
| 14. | Oklahoma St Tpk Auth Tpk | D | Interest | M | T | | | | | |
| 15. | Oklahoma St Tpk Auth Tpk | A | Interest | J | T | | | | | |
| 16. | Puerto Rico Elec Pwr Ath | B | Interest | L | T | | | | | |
| 17. | McAlester OK Pub Wks | C | Interest | L | T | | | | | |
| 18. | Puerto Rico Mun Fin Agcy | B | Interest | L | T | Sold 7/1 L Broker | | | | |
| 19. | Sapulpa Ok Mun Auth | B | Interest | L | T | | | | | |
| 20. | Midwest City OK Mun Auth | B | Interest | K | T | Buy 1/26 K Broker | | | | |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Daugherty, Frederick A | WD, Ed & ND of Oklahoma | 5/3/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ◯ Nomination, Date | 1/1/2004 |
| | ◯ Initial   ⦿ Annual   ◯ Final | to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| None | |

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust |
| 2. | Member of Board (Non-voting) | 45th Infantry Division Museum |
| | Trustee | Trust #1 |
| 4. | | |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|

RECEIVED 2005 AUG 23 A 11:12 FINANCIAL DISCLOSURE OFFICE

RECEIVED AUG 23 11 13 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCKS: | | | | | | | | | |
| 2. Southern Co. | C | Dividend | L | T | | | | | |
| 3. Rockwell Inter. (See Explanation) | | | | | | | | | |
| 4. Trinity Industries | C | Dividend | M | T | | | | | |
| 5. Honeywell | C | Dividend | M | T | | | | | |
| 6. Amer. Electric Power | C | Dividend | K | T | | | | | |
| 7. Boeing | C | Dividend | M | T | | | | | |
| 8. ArvMerit | E | Dividend | M | T | | | | | |
| 9. Fgoldn | | None | J | T | | | | | |
| 10. Conexant | | None | M | T | | | | | |
| 11. Great Plains Energy | B | Dividend | K | T | | | | | |
| 12. MUNICIPAL BONDS: | | | | | | | | | |
| 13. Salomon Smith Barney-See attached 14-A | G | Interest | P1 | T | | | | | |
| 14. Merrill Lynch-See attached 15A | E | Interest | N | T | | | | | |
| 15. Salomon Smith Barney-See attached 16A | G | Interest | P1 | T | | | | | |
| 16. Merrill Lynch-See attached 17A | F | Interest | P1 | T | | | | | |
| 17. Bank of Oklahoma-GRDA | B | Interest | K | T | | | | | |
| 18. Bank One - Tulsa Pub. FAC Auth. | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 37 Calamos High Inc. Fd. | D | Interest | O | T | | | | | |
| 20. 15 Nuveen Inst. | E | Interest | N | T | | | | | |
| 21. 17 Calamos CV & High Inc. Fd. | E | Interest | N | T | | | | | |
| 22. 18 Nuveen Inst. | E | Interest | N | T | | | | | |
| 23. BANKS: | | | | | | | | | |
| 24. Bank of Oklahoma | B | Interest | M | T | | | | | |
| 25. Bank of Oklahoma | B | Interest | M | T | | | | | |
| 26. Allegiance Credit Union | A | Interest | K | T | | | | | |
| 27. Allegiance Credit Union | B | Interest | L | T | | | | | |
| 28. MidFirst Bank, OKC | B | Interest | M | T | | | | | |
| 29. IBC. Bank - OKC | A | Interest | K | T | | | | | Name Change during 2004 |
| 30. Union Bank - OKC - Acct. #1 | A | Interest | K | T | | | | | |
| 31. Union Banbk - OKC - Acct. #2 | A | Interest | J | T | | | | | |
| 32. Mass. Mutual Fund Shareholder Mass. Mutual Services Co. | C | Dividend | L | T | | | | | |
| 33. Mass. Mutual Life Ins. Co. Single Premium Life Ins. | A | Dividend | N | T | | | | | |
| 34. Salomon Smith Barney Money Fund Acct. | E | Dividend | N | T | | | | | |
| 35. Merrill Lynch Money Fund Acct. | A | Interest | K | T | | | | | |
| 36. Merrill Lynch Money Fund Acct. | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Salomon Smith Barney Money Fund Account | E | Dividend | P1 | T | | | | | |
| 38. Rockwell Collins | D | Dividend | P1 | T | | | | | |
| 39. Rockwell Automation Inc. | E | Dividend | P1 | T | | | | | |
| 40. REAL ESTATE: | | | | | | | | | |
| 41. Acres - Okla. City, OK | A | Rent | N | W | | | | | |
| 42. 1/2 interest in farm in McIntosh County, OK | | None | L | W | | | | | |
| 43. Acres in Cherokee County, OK | | None | L | W | | | | | |
| 44. 22% interest in tract in Oklahoma City, OK | | None | L | W | | | | | |
| 45. OIL & GAS MINERALS: | | | | | | | | | |
| 46. Net Acres - Carter County, OK | | None | J | W | | | | | |
| 47. Net Acres in Stephens County, OK | | None | J | W | | | | | |
| 48. Net Acres in Coal County, OK | | None | J | W | | | | | |
| 49. Net Acres in Cleveland County, OK | | None | J | W | | | | | |
| 50. Net Acres in Tulsa County, OK | | None | J | W | | | | | |
| 51. Net Acres in Pushmataha County, OK | | None | J | W | | | | | |
| 52. Producing Minerals-Okla. City, OK - Operator - Petrocorp. | E | Royalty | K | W | | | | | |
| 53. Producing Minerals-Cleveland County, OK - Operator-Conoco | A | Royalty | J | W | | | | | |
| 54. OTHER ASSETS: | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. 1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |
| 56. 1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |
| 57. 2 - Burial Crypts, Okla. City, OK | | None | K | W | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS:
  Item 3 - Rockwell International is now: Rockwell Automation, Inc. and Rockwell Collins
        See items 38 and 39

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature        Date _August 17, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**DAUGHERTY, FREDERICK A.**
**Financial Disclosure Report**
**Part VII Investments and Trust**
**2004**

Date of Report
May 3, 2005

Schedule 14A

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2003 Report | | | | |
| | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5 |
| | | | | | | Schedule 14A | | | | |
| 1. | Puerto Rico Pub Bldgs Auth Govt. | C | Interest | L | T | Item 5 | | | | |
| 2. | Grand River Dam Auth. Okla. Rev | C | Interest | L | T | Item 1 | | | | |
| 3. | 3 Puerto Rico Pub Bldgs Auth Rev | D | Interest | M | T | Item 5 | | | | |
| 4. | 2 Grand River Dam Auth. Okla Rev | D | Interest | M | T | Item 1 | | | | |
| 5. | Grand River Dam Auth. Okla Rev | A | Interest | J | T | Item 1 | | | | |
| 6. | Puerto Rico Mun. Fin. Agency | B | Interest | | | Sold 7/1 | L | Broke | | |
| 7. | Oklahoma St Capital Impt Auth. | D | Interest | M | T | | | | | |
| 8. | Puerto Rico Comwlth Puerto Rico Comwlth Pub Impt FSA | B | Interest | K | T | Item 5 | | | | |
| 9. | Oklahoma St Mun Pwr Auth. Pwr Sply Sys Rev Ser A | C | Interest | M | T | | | | | |
| 10. | Oklahoma Transn Auth. Okla Tpk | D | Interest | M | T | | | | | |
| 11. | Oklahoma Univ Brd Regts Pkg | B | Interest | L | T | Item 8 | | | | |
| 12. | Oklahoma St Mun Pwr Auth. | B | Interest | K | T | Item 3 | | | | |
| 13. | Oklahoma St Tpk Auth Rev | C | Interest | L | T | Item 4 | | | | |
| 14. | 2 Oklahoma Mun Pwr Au Pwr Sply | D | Interest | M | T | Item 3 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | Item 3 |
| 16. | Oklahoma Wtr Res Bd Revlg Fd | D | Interest | M | T | Item 3 |
| 17. | Puerto Rico Elec Pwr Auth | C | Interest | M | T | Item 5 |
| 18. | University P R Univ Sym Revs | D | Interest | M | T | Item 7 |
| 19. | Sapulpa Okla. Mun Auth Util Rev | D | Interest | M | T | Item 9 |
| 20. | 3 Oklahoma St Mun Pwr Auth Pwr | D | Interest | M | T | Item 3 |
| 21. | Puerto Rico Comwlth Hwy & Transn | B | Interest | L | T | Item 5 |
| 22. | McAlester Okla Pub Wks Auth | D | Interest | M | T | |
| 23. | Puerto Rico Comwlth Puerto | B | Interest | K | T | Item 5 |
| 24. | Rural Enterprises Okla Inc | C | Interest | L | T | |
| 25. | Oklahoma Fin & Dv Au St. John | D | Interest | M | T | Buy 7/14  M  Broke |
| 26. | Sapulpa Okla Mun Auth Cap Impt | C | Interest | M | T | Item 9 |
| 27. | Puerto Rico Comwlth Hwy & Transn | C | Interest | M | T | Buy 6/10  M  Broke |
| 28. | Oklahoma Clges Bd Rgnts Stad | C | Interest | M | T | Buy 6/3  M  Broke |

**DAUGHERTY, FREDERICK A.**
**Financial Disclosure Report**
**Part VII Investments and Trust**
**2004**

Date of Report
May 3, 2005

Schedule 15A

| A | B | | C | | D 2003 Report | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5 |
| | | | | | Schedule 15A | | | | |
| 1. Oklahoma Clg Brd Regts | D | Interest | M | T | | | | | |
| 2. Oklahoma Trnsn At OK Tpk | D | Interest | M | T | | | | | |
| 3. Oklahoma St Mun Pwr Auth | B | Interest | K | T | | | | | |
| 4. Oklahoma St Tpk Auth Tpk | B | Interest | L | T | | | | | |
| 5. University PR Univ. Revs | B | Interest | K | T | | | | | |
| 6. Oklahoma St Mun Pwr Auth | B | Interest | K | T | Item 3 | | | | |
| 7. Puerto Rico Elec Pwr Ath | B | Interest | L | T | | | | | |

DAUGHERTY, FREDERICK A.
Financial Disclosure Report
Part VII Investments and Trust
2004

Date of Report
May 3, 2005

Schedule 16A

| | A | B | | C | | D |
|---|---|---|---|---|---|---|
| | | | | | | 2003 Report |
| | Description | (1) | (2) | (1) | (2) | (1) (2) (3) (4) (5 |
| | | | | | | Schedule 16A |
| 1. | Oklahoma Dev Fin Auth Rev Pub | B | Interest | K | T | Item 2 |
| 2. | Grand River Dam Auth Oklahoma Rev | B | Interest | K | T | Item 1 |
| 3. | 2 Puerto Rico Comwlth G/O Pub | D | Interest | M | T | Item 5 |
| 4. | 3 Puerto Rico Pub Bldgs Auth Rev | D | Interest | M | T | Item 5 |
| 5. | Grand River Dam Auth Okla Rev | B | Interest | K | T | Item 1 |
| 6. | Grand River Dam Auth Okla Rev | A | Interest | J | T | Item 1 |
| 7. | Puerto Rico Comwlth Pub | A | Interest | K | T | Item 5 |
| 8. | Okla St Wtr Res Brd St Ln Prog | B | Interest | K | T | Item 4 |
| 9. | Oklahoma Transn Auth Okla Tpk | D | Interest | N | T | |
| 10. | Oklahoma Univ Brd Regts Pkg | B | Interest | L | T | |
| 11. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | Item 2 |
| 12. | 2 Oklahoma St Tpk Auth Rev | C | Interest | L | T | Item 3 |
| 13. | Puerto Rico Comwlth Hwy & Transn Auth | B | Interest | K | T | Item 5 |
| 14. | Oklahoma Mun Pwr Au Pwr Sply | B | Interest | K | T | Item 2 |
| 15. | 3 Oklahoma St Mun Pwr Auth | D | Interest | M | T | Item 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | Oklahoma Wtr Res Bd Revlg Fd | D | Interest | M | T | |
| 17. | Puerto Rico Elec Pwr Au Pwr Rv | B | Interest | L | T | Item 5 |
| 18. | Sapulpa Okla Mun Auth Util Rev | D | Interest | M | T | |
| 19. | Puerto Rico Elec Pwr Auth | B | Interest | K | T | Item 5 |
| 20. | 4 Oklahoma St Mun Pwr Auth Pwr | D | Interest | M | T | Item 2 |
| 21. | Oklahoma St Tpk Auth Tpk Rev | B | Interest | K | T | Item 3 |
| 22. | Oklahoma St Tpk Auth Tpk Rev | C | Interest | L | T | Item 3 |
| 23. | 2 Puerto Rico Comwlth Hwy & Transn | C | Interest | L | T | Item 5 |
| 24. | McAlester Okla Pub Wks Auth | D | Interest | M | T | |
| 25. | Puerto Rico Comwlth | A | Interest | J | T | Item 5 |
| 26. | Rural Enterprises Okla Inc. | C | Interest | L | T | |
| 27. | Oklahoma Fin & Dv Au St John | D | Interest | M | T | Buy 7/14  M  Broke |
| 28. | Sapulpa Okla Mun Auth Cap Impt | C | Interest | M | T | |
| 29. | Puerto Rico Comwlth Hwy & Transn | C | Interest | M | T | Buy 6/10  M  Broke |
| 30. | Oklahoma Clges Bd Rgnts Stad | C | Interest | M | T | Buy 6/3  M  Broker |

**DAUGHERTY, FREDERICK A.**
**Financial Disclosure Report**
**Part VII Investments and Trust**
**2004**

Date of Report
May 3, 2005

Schedule 17A

| | A | B | | C | | D |
| | | | | | | 2003 Report |
| | Description | (1) | (2) | (1) | (2) | (1) (2) (3) (4) (5 |
| | | | | | | Schedule 17A |
| 1. | Grand River Dam Auth OK | C | Interest | L | T | |
| 2. | Oklahoma Clg Brd Regts | D | Interest | M | T | Acq.6/12/03 M Broker |
| 3. | Oklahoma Trnsn At OK Tpk | D | Interest | M | T | Item 3 |
| 4. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | |
| 5. | Oklahoma St Tpk Auth Tpk | B | Interest | K | T | |
| 6. | Oklahoma St Tpk Auth Tpk | B | Interest | L | T | |
| 7. | University Ok Revs Resh | B | Interest | K | T | Buy 4/27 K Broke |
| 8. | University Okla Student | B | Interest | L | T | Buy 6/21 L Broke |
| 9. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | Item 4 |
| 10. | Oklahoma Cy Ok Wtr Utils | C | Interest | L | T | Item 4 |
| 11. | Oklahoma Agric-Mechanicl | B | Interest | K | T | Acq.8/28/03 K Broker |
| 12. | Puerto Rick Pub Bldgs | C | Interest | L | T | Item 1 |
| 13. | Oklahoma St Mun Pwr Auth | B | Interest | K | T | Buy 10/13 K Broke |
| 14. | Oklahoma St Tpk Auth Tpk | D | Interest | M | T | Item 3 |
| 15. | Oklahoma St Tpk Auth Tpk | A | Interest | J | T | Item 3 |
| 16. | Puerto Rico Elec Pwr Ath | B | Interest | L | T | Item 1 |
| 17. | McAlester OK Pub Wks | C | Interest | L | T | |
| 18. | Puerto Rico Mun Fin Agcy | B | Interest | | | Sold 7/1 L Broke |
| 19. | Sapulpa Ok Mun Auth | B | Interest | L | T | Acq. 8/28/03 L Broke |
| 20. | Midwest City OK Mun Auth | B | Interest | K | T | Buy 1/26 K Broke |